# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CRIMINAL CASE NO. 07-20165
HON. LAWRENCE P. ZATKOFF

v.

JULIO GARCIA-ROBLES,

    Defendant.

_____/

## OPINION

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on October 3, 2007

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

## I. INTRODUCTION

This matter is before the Court on Defendant's Objections to Sentencing Opinion and Upward Variance (Docket #14). On September 18, 2007, the Court held a sentencing hearing. After taking into consideration (1) the Government's sentencing memorandum, (2) the statements of the Defendant, defense counsel (including his request for a variance) and government counsel, and (3) the information contained in the Presentence Investigation Report ("PSR") for the Defendant, the Court sentenced Defendant to 96 months imprisonment. In addition, the Court instructed the parties that the Court would issue a written sentencing opinion setting forth the Court's reasons for imposing the 96 month sentence. The Court further instructed the parties that they could file objections to the sentence imposed if they desired, provided that they filed their written objections within five days of the date the Court issued its written Opinion. On September 18, 2007, the Court issued its written Opinion regarding Defendant's sentence. Defendant then timely filed the instant

Objections. The Court has reviewed and considered Defendant's objections but adheres to the sentence of 96 months imposed on September 18, 2007.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: October 3, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 3, 2007.

s/Marie E. Verlinde
Case Manager
(810) 984-3290