UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          CRIMINAL CASE NO. 07-20165
Plaintiff,          HON. LAWRENCE P. ZATKOFF

v.

JULIO GARCIA-ROBLES,

Defendant.
_____/

**ORDER**

This matter is before the Court following a remand from the Sixth Circuit Court of Appeals (Docket #21). In its Opinion, the Sixth Circuit vacated the sentence imposed by this Court because the Judgment was entered on September 21, 2007, which was prior to the time the Court had afforded Defendant to file written objections to a Sentencing Opinion issued by the Court on September 19, 2007. Thus, notwithstanding the facts that (1) Defendant filed timely objections on September 26, 2007, and (2) the Court considered and rejected Defendant's objections in a written Opinion issued on October 3, 2007, the Judgment entered on September 21, 2007, was final.

Although the Court previously received Defendant's Objections to the Sentencing Opinion issued by the Court on September 19, 2007, eighteen months have since elapsed. Therefore, rather than simply reissue the Opinion authored by the Court on October 3, 2007, the Court invites the parties to file, re-file, or supplement any previously filed, objections to the Sentencing Opinion dated September 19, 2007. Accordingly, to the extent either party desires to submit any such objections to the Court's Sentencing Opinion dated September 19, 2007, the Court hereby ORDERS the parties to file such objections on or before May 16, 2009. Upon the expiration of that time period, the Court shall issue an Opinion that addresses any objections to the September 19, 2007,

Sentencing Opinion that the Court has received, including those filed by Defendant on September 26, 2007.

    IT IS SO ORDERED.

s/Lawrence P. Zatkoff<br>
LAWRENCE P. ZATKOFF<br>
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2009